B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Eastern District of Texas | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Edward Mandel | Case Number: 10-40219 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Steven Thrasher | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Steven Thrasher<br>c/o MaddenSewell, LLP<br>Four Hickory Centre<br>1755 Wittington Place, Suite 300<br>Dallas, TX 75234-1929<br><br>Telephone number: | Court Claim Number:<br>(*If known*)<br><br><br>Filed on: |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ **$56,000,000.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See attached addendum
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ _____ Annual Interest Rate ____ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____ Basis for perfection: _____

Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)( ).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ Mitchell Madden, Counsel | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT "A"

003866                         5270400386902 4

# Addendum to
## Steve Thrasher's Amended Proof of Claim

1. Claimant: Steven Thrasher ("Thrasher") files this claim in accordance with Bankruptcy Rule 3003. Pursuant to the documents described below, Thrasher is a creditor of Edward Mandel (the "Debtor").

2. **Basis for Claim**. The Debtor is indebted to Thrasher as may be determined by a Court of competent jurisdiction, arising from the facts and circumstances described in Steven Thrasher's Sixth Amended Petition and Counterclaim filed on January 12, 2009 in Cause No. 06-03319, 14th Judicial District Court, Dallas County, Texas.

3. **Open Account**: This claim is not founded on an open account.

4. **Judgment**. No judgment has been rendered in this claim.

5. **Credits**. The amount of all payments prior to the petition date on this claim have been credited and deducted for the purpose of filing this Claim.

6. **Notices**. All notices to Thrasher with respect to this Claim are to be sent to:

    Steven Thrasher
    c/o Mitchell Madden
    MaddenSewell, LLP
    1755 Wittington Place, Suite 300
    Dallas, Texas 75234

7. **Payments**. All payment and distributions to Thrasher with respect to this Claim are to be made directly to Thrasher as follows:

    Steven Thrasher
    c/o Mitchell Madden
    MaddenSewell, LLP
    1755 Wittington Place, Suite 300
    Dallas, Texas 75234

8. **Amendments**. Thrasher reserves the right to amend and supplement this Proof of Claim, to specify (and quantify) costs, expenses and other charges or claims incurred by or owed to Thrasher, and to file proofs of claim for additional and/or revised claims held by Thrasher.

9. **Claims**.

   A. **Prepetition Claims**: Thrasher's claims had not been liquidated as of the Petition Date and Thrasher has been damaged and seeks to recover damages in an amount not less than $56,000,000.00.