UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 10-40219 |
| EDWARD MANDEL, | § | |
| | § | (Chapter 11) |
| Debtor. | § | |

**ORDER GRANTING FIRST INTERIM APPLICATION OF MUNSCH HARDT KOPF & HARR, P.C. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FOR SERVICES AS CO-COUNSEL TO DEBTOR-IN-POSSESSION**

CAME ON FOR CONSIDERATION the *First Interim Application of Munsch Hardt Kopf & Harr, P.C. for Allowance of Fees and Reimbursement of Expenses for Services as Co-Counsel to Debtor-In-Possession* (the "Application"), filed by Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), co-counsel to Edward Mandel (the "Debtor"), the debtor and debtor-in-possession in the above styled and numbered Chapter 11 bankruptcy case (the "Bankruptcy Case"). Having considered the Application, and based on the representations therein and on the Court's familiarity with the Bankruptcy Case, it is hereby:

ORDERED that the Application is GRANTED; it is further

ORDERED that Munsch Hardt is hereby ALLOWED, on an interim basis only, fees in the amount of $43,796.00 and expenses in the amount of $2,308.94, for the period of February 23, 2010 through July 16, 2010, for its services to the Debtor in the Bankruptcy Case; it is further

ORDERED that the Debtor is authorized to immediately pay Munsch Hardt $37,345.74 from property of the estate on account thereof, on an interim basis, and that Munsch Hardt is immediately authorized to apply its prepetition retainer against the same, on an interim basis; it is further

---
ORDER GRANTING FIRST INTERIM APPLICATION OF MUNSCH HARDT KOPF & HARR, P.C. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FOR SERVICES AS CO-COUNSEL TO DEBTOR-IN-POSSESSION

ORDERED that all amounts awarded and paid pursuant to this Order are so allowed and paid on an interim basis only, and subject to final allowance and disgorgement as may otherwise be appropriate by subsequent order.

SO ORDERED.

Dated: _____  By: _____
                                                                              Honorable Brenda T. Rhoades
                                                                              U.S. Bankruptcy Judge