
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDWARD MANDEL | § | CASE NO. 10-40219 |
| xxx-xx-0657 | § | Chapter 11 |
| 5653 Monterey Dr. | § | |
| Frisco, Texas 75034 | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

### ORDER GRANTING APPLICATION OF DEBTOR TO EMPLOY
### I. RICHARD LEVY, P.C. AND BLOCK & GARDEN, LLP
### AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §327

CAME BEFORE THE COURT the Application of the Debtor to Employ Block & Garden, LLP ("BGllp") and I. Richard Levy, P.C. ("IRLpc") as Special Litigation Counsel Pursuant to 11 U.S.C. §327 and for a Preliminary Order in lieu of an Expedited Hearing (the "Application"). The Application has been properly served as required by LBR 2014, and no objection to the Application has been timely filed by any party. Upon review of the Application, and the verified Statements of Richard Levy and Christopher McNeill attached thereto, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that the Debtor is authorized to employ the firms of Block & Garden LLP and I. Richard Levy, P.C. as special litigation counsel the purposes set forth in the Application as of October 4, 2010; it is further

ORDERED that BGllp and IRLpc shall be compensated pursuant to interim and final fee applications and sections 330 and 331 of the Bankruptcy Code, as otherwise appropriate.

Signed on 10/20/2010

/s/ Brenda T. Rhoades    SR
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE