IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-40219-11 |
| | § | |
| EDWARD MANDEL | § | (Chapter 11) |
| | § | |
| Debtor, | § | |

## STEVEN THRASHER AND JASON COLEMAN DESIGNATION OF EXPERTS

In accordance with the Federal Rules of Civil Procedure 26 as incorporated by Fed. R. Bankr. P. 7026, Steven Thrasher and Jason Coleman (collectively, "Thrasher Party") files this their expert witness designations, which shall also be considered to be a supplement to their discovery responses previously provided to all parties in this case by the Thrasher Parties, as follows:

I.

Subject to the general statement above, the following individuals have been identified by the Thrasher Parties as potential testifying expert witnesses and they are either within the Thrasher Parties' control or would be retain by them:

1. The following individuals may testify as to reasonable and necessary attorney's fees incurred by the parties in connection with this dispute. Those individuals include:

Mitchell Madden
Thomas Murto
MaddenSewell, LLP
1755 Wittington Place, Suite 300
Dallas, Texas 75234
(972) 484-7780

Larry A. Flournoy, Jr.
Jordon, Houser & Flournoy
10000 North Central Expressly, Suite 800
Dallas, Texas 75231

Elvin Smith
Law Offices of Elvin E. Smith
307 Dartbrook
Rockwall, Texas 75087

Their testimony, if any, will be based upon their respective knowledge, experience, training in the legal profession as well as the mental impressions that they have obtained as a result of this firm's representation of Mr. Thrasher in this matter.

They may further testify regarding the reasonableness of attorney's fees rates and paralegal's fee rates. They may further testify as to what would constitute a reasonable and necessary attorney's fee for prosecution of claims in Adversary No. 10-04133 which form the basis of Thrasher and Coleman's claims in this bankruptcy proceeding. Their resumes are attached hereto as Exhibits A-D. They may further testify regarding the reasonableness or unreasonableness of attorney's fees, whether incurred by the parties seeking affirmative relief or other parties in this case, and/or that the fees incurred by each party incurring same are or are not both reasonable and necessary as compared to same or similar lawsuits in and around Dallas County, Texas.

No written report has been requested or prepared by the above-entitled persons. Generally, each person's testimony, if any, will be based upon the work performed in this matter; the time and labor required; the novelty and difficulty of the question; the skill required to perform the legal service properly; the preclusion of other employment by the attorney and the firm due to the acceptance of the case; the customary fee; time limitations imposed by the circumstances; the amount of time involved; the ability of the attorney; the nature and length of the professional relationship with the party being represented; awards in similar cases; the amount of time spent in performing the work; and their respective knowledge and experience as to fees charged for those types of services and cases in and around Dallas County, Texas.

2. Steven Thrasher
c/o MaddenSewell, LLP
1755 Wittington Place, Suite 300
Dallas, Texas 75234

Mr. Thrasher is a Defendant and a Counter-Plaintiff and Third-Party Plaintiff in the adversary matter. He has knowledge of relevant facts regarding all aspects of the case. Mr. Thrasher is an attorney licensed to practice law in the State of Texas and is also registered to practice before the United Stated Patent and Trademark Office. Mr. Thrasher will offer opinions on the intellectual property issues, both legal and factual, as they pertain to the issues on inventiveness and ownership of intellectual property claimed by Thrasher and Coleman, White Nile, and Nexplore, and may offer opinions or testimony in this case which are considered to be expert in nature. Such opinions can be found generally in Mr. Thrasher's previous answers to White Nile Software, Inc.'s First Set of Interrogatories which responses were served on the White Nile Software, Inc on or about July 11, 2006 and as supplemented on or about June 22, 2007. Mr. Thrasher's opinions can also generally be found in that transcript of his depositions which depositions were taken on December 13, 2006, January 15, 2007, and November 17, 2008 much of such transcripts have been designated as confidential pursuant to that certain Protective Order dated June 15, 2007 and therefore specific opinions from such deposition are not referenced herein. Mr. Thrasher will provide such references, subject to further order of the Court protecting the confidentiality of such references. A copy of Mr. Thrasher's CV is attached hereto as Exhibit E and his responses are attached hereto as Exhibits F and G, respectively.

3.  Jason Coleman
    c/o Elvin Smith
    Law Offices of Elvin E. Smith
    307 Dartbrook
    Rockwall, Texas 75087

Mr. Coleman is a Defendant, Intervenor, Counter-Plaintiff, and Third-Party Plaintiff in the above-captioned matter. Mr. Coleman has knowledge of relevant facts regarding all or portions of the case. Mr. Coleman is an expert regarding developing of software products and the other matters identified in his resume, a copy of which is attached hereto as Exhibit H. Mr. Coleman may offer opinions or testimony in this case which are considered to be expert in nature. Generally, Mr. Coleman has done a comparison of the Nexplore website to the patents and requirement documents from White Nile Software, Inc. Mr. Coleman will offer his opinion that aspects of the Nexplore website utilize the intellectual property of himself and Mr. Thrasher and/or White Nile Software, Inc. and utilize aspects that were derived from White Nile intellectual property, now owned by himself and/or Mr. Thrasher and/or White Nile Software, Inc.

Mr. Coleman may also provide opinion testimony that many of the inventive claims and disclosures included in the Nexplore patents actually are the intellectual property of White Nile Software, Inc., and/or himself and Mr. Thrasher, as reflected in the patent applications, requirement documents, and the SAQQARA documents. Mr. Coleman may further provide opinion testimony regarding his belief that other aspects of the Nexplore patent applications reflect concepts and ideas which are directly

derivative of such intellectual property as reflected in the patent applications, requirement documents, and the SAQQARA documents.

Mr. Coleman will further render the opinion that Nexplore is competing in the same competitive space as White Nile Software, Inc. intended to compete in. Additional opinions of Mr. Coleman's can be found in his deposition transcript on November 17, 2008 and May 12, 2009.

4. Rod Martin
c/o Larry Flournoy, Jr.
Jordan, Houser & Flournoy, LLP
740 E. Campbell Road, Suite 760
Richardson, Texas 75081

Mr. Martin is a Third-Party Defendant in this case. Mr. Martin has not been independently retained as an expert witness by Mr. Thrasher in this case. Nonetheless, upon information and belief, Mr. Martin has experience in raising capital for start-up companies, and particularly internet software companies, and may testify as to such matters. To the extent such testimony is considered to be expert in nature, Mr. Martin is hereby designated as a non-retained expert witness and out of an abundance of caution. General reference is made to the transcript of that certain deposition of Rod Martin by White Nile Software, Inc. taken on February 19, 2007 for his opinions as of that date.

5. Linda G. Hayes, BBA, MS, JD
6408 Lad Brook Court
Plano, Texas 75024

Ms. Hayes has been retained as an expert witness by Mr. Thrasher in this case. A copy of her CV is attached hereto as Exhibit I. In general, Ms. Hayes may testify regarding the damages incurred by Mr. Thrasher in the case related to all claims alleged against White Nile Software, Inc., Nexplore Corporation; and the other individual defendants and/or third-party defendants. In general, Ms. Hayes has experience in developing software, drafting patents, and is an entrepreneur who has started various software related businesses. Ms. Hayes may also testify about the provisional and utility patent applications filed by Nexplore, the theft of trade secrets by Nexplore and/or Messrs. Mandel, Coleman and Layne, from Mr. Thrasher and Mr. Coleman and/or White Nile Software, Inc. and the usurpation of corporate opportunities of White Nile Software, Inc. by Messrs. Mandel, Williams and Layne.

Ms. Hayes's opinion and conclusions are as set forth in the deposition transcripts dated May 11, 2008 and the Exhibits thereto (previously provided).

6. Brad Taylor

Mr. Taylor has been retained as an expert witness by Mr. Thrasher in this case. A copy of his CV is attached hereto as Exhibit J. In general, Mr. Taylor may testify regarding the damages incurred by Mr. Thrasher in the case related to all claims alleged against White Nile Software, Inc., Nexplore Corporation, and the other individual defendants and/or third-party defendants. In general, Mr. Taylor has experience in raising capital for start-up companies, and is an entrepreneur who has started various businesses. Mr. Taylor has experience in valuating intellectual property and trade secrets related to start-up businesses as an entrepreneur.

Taylor's report (previously provided) is in his deposition taken on May 13, 2009. Taylor has subsequently supplemented his opinion and that supplement is attached as Exhibit K.

7. Dr. Gilbert F. Amelio
Sienna Ventures
P. O. Box 11687
Ventura, California 92660

Dr. Amelio is a consulting expert whose opinions, conclusions, analyses, and observations are set forth in the document attached hereto as Exhibit L. This information has been utilized by other testifying experts retained by Thrasher and Coleman as is set forth with more particularity in their opinions, conclusions and reports.

8. John Schorsch
Joseph Mastrogiovanni
Mastrogiovanni, Schorsch & Mersky, P.C.
2001 Bryan Street
Suite 1250
Dallas, Texas 75201

Mr. Schorsch and Mr. Mastrogiovanni are counsel for the Receiver, Rosa Orenstein. Their testimony, if any, will be based upon their respective knowledge, experience, training in the legal profession as well as the mental impressions that they have obtained as a result of this firm's representation of Mr. Thrasher in this matter.

In particular, Mr. Schorsch and Mr. Mastrogiovanni are aware of the attorney's fees and cost expended by the receiver in connection with certain Motions to Compel and Motions for Sanctions Pending before Judge Moye. These Motions to Compel and Motions for Sanctions and the receiver's fees and attorneys fees and cost incurred in connection therewith are the basis, in part, of the receivers proof of claim in this case.

Mr. Schorsch and Mr. Mastrogiovanni CV's are attached hereto as Exhibit M and N. It is anticipated that Mr. Mr. Schorsch and Mr. Mastrogiovanni will testify about the reasonableness and necessity of the attorneys fees, attorneys time, and associated fees and costs incurred in connection with the Motion for Sanctions and Motion to Compel that was pending at the time of the Mandel Bankruptcy, a true and correct copy of which is attached hereto as Exhibit O. Additionally, it is Thrasher and Coleman's understanding that invoices or statements of fees and costs incurred in connection with the foregoing will be made available upon reasonable request redacted for attorney client privilege.

9.  Dr. M. Kiumarse Zamanian, Ph.D.

Dr. Zamanian has been retained as an expert by Jason Coleman and Steven Thrasher in this case. Dr. Zamanian's opinions, conclusions, analyses and observations are set forth in his report and his CV are attached hereto as Exhibit P. Dr. Zamanian's hourly rate is $390.00 an hour.

10. Richard Stockton

Mr. Richard Stockton has been retained as an expert by Jason Coleman and Steven Thrasher in this case. His CV is attached hereto as Exhibit Q. Mr. Stockton's opinions, conclusions, analyses and observations are set forth in his report attached hereto as Exhibit R. Mr. Stockton's hourly rate is $350.00 an hour.

11. P. Nick Lawrence, PhD

Dr. Lawrence has been retained as an expert by Jason Coleman and Steven Thrasher in this case. His CV is attached hereto as Exhibit S. Dr. Lawrence's opinions, conclusions, analyses and observations are set forth in his report attached hereto as Exhibit T. Dr. Lawrence's rate is $150.00 an hour.

12. Eric M. Jackson

Mr. Jackson has been retained as an expert by Jason Coleman and Steven Thrasher in this case. His CV is attached hereto Exhibit U. Mr. Jackson's opinions, conclusions, analyses and observations are set forth in his report, attached hereto as Exhibit U. Mr. Jackson's rate is $400.00 an hour.

II.

Subject to the general statement above, the following individuals are being designated by the Thrasher Parties to provide services to them regarding the subject matter made the basis of this suit. These individuals, however, have not been retained by any the Thrasher Parties to provide expert testimony in this litigation, however, they may be called upon by the Thrasher Parties to render expert testimony based upon their knowledge and expertise and the work performed by them on behalf of the Thrasher Parties:

1. Terry Ferrell
   6399 Morningstar Drive, Apt. 501
   The Colony, Texas 75056

2. Robert Byron
   3509 Wells Drive
   Plano, Texas 75093

3. Jason Savard
   3924 Creekside Lane
   Carrollton, Texas 75010

Messrs. Ferrell, Byron and Savard are alleged to be, or purport to be, inventors identified in certain provisional and/or utility patent applications filed by Nexplore Corporation, which applications misappropriate the trade secrets of Messrs. Thrasher and Coleman and/or White Nile. Such individuals have not been individually retained by Mr. Thrasher and, other than Mr. Savard, are upon information and belief under the control of Nexplore. Such individuals may be called to testify, and may offer opinions related to the trade secrets and intellectual property referenced in, or on which such provisional and/or utility patent applications are based.

Respectfully submitted,

MADDENSEWELL, LLP
1755 Wittington Place, Suite 300
Dallas, Texas 75234
Telephone: (972) 484-7780
Facsimile: (972) 484-7743
Email: skinney@maddensewell.com

By: /s/ Mitchell Madden
Mitchell Madden
State Bar No. 12789350

**ATTORNEYS FOR STEVEN THRASHER, individually and derivatively on behalf of WHITE NILE SOFTWARE, INC.**

By: /s/ Elvin E. Smith, III
Elvin E. Smith, III
State Bar No. 00784995
307 Dartbrook
Rockwall, Texas 75087
Telephone: (972) 722-2475
Facsimile: (972) 722-3332

**ATTORNEY FOR JASON COLEMAN**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the foregoing document has been served on those parties on the attached service list by the Court's ECF notification system to those who receive such notice and via electronic filing on October 22, 2010.

/s/ Mitchell Madden
Mitchell Madden

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 10-40219<br>Eastern District of Texas<br>Sherman<br>Fri Oct 22 20:39:42 CDT 2010 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 |
| American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Anderson & Jones PLLC<br>One Galleria Tower<br>13355 Noel Road., Ste. 1900<br>Dallas, TX 75240-6674 | Anderson Tobin, PLLC<br>c/o Aaron Z. Tobin<br>One Galleria Tower<br>13355 Noel Rd., Ste. 1900<br>Dallas, TX 75240-6674 |
| Anderson Tobin, PLLC<br>One Galleria Tower<br>13355 Noel Rd., Suite 1900<br>Dallas, TX 75240-6674 | BKD, LLP<br>14241 Dallas Parkway, Ste. 200<br>Dallas, TX 75254-2938 | BKD, LLP<br>14241 Dallas Parkway, Suite 200<br>Dallas, TX 75254-2938 |
| Bank of America<br>475 Cross Point Pkwy<br>Getzville, NY 14068-1609 | Bank of America<br>5653 Monterey Drive<br>Frisco, TX 75034-4076 | Bank of America<br>475 Cross Point Pkwy<br>Getzville, KY 14068-1609 |
| C. Michael Jones<br>Berent & Wilson, LP<br>c/o Jason Berent<br>7557 Rambler Rd., Ste. 560<br>Dallas, TX 75231-2375 | C. Michael Jones<br>c/o Jason Berent<br>Berent & Wilson, LP<br>7557 Rambler Road, Suite 560<br>Dallas, Texas 75231-2375 | CJ Technologies, Inc.<br>MaddenSewell, LLP<br>1755 Wittington Place<br>Suite 300<br>Dallas, TX 75234-1929 |
| William Ralph Canada<br>Canada Ridley LLP<br>223 E. College Street<br>Grapevine, TX 76051-5333 | Canada Ridley LLP<br>223 E. College Street<br>Grapevine, TX 76051-5333 | Chase Bank<br>PO Box 78039<br>Phoenix, AZ 85062-8039 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Ciardi Ciardi & Astin<br>2603 Oak Lawn Ave<br>Ste. 200<br>Dallas, TX 75219-4060 | (p)CITIMORTGAGE<br>5280 CORPORATE DRIVE<br>BANKRUPTCY DEPARTMENT<br>ATTENTION MC0023<br>FREDERICK MD<br>21703-8351 |
| CitiMortgage<br>5653 Monterey Drive<br>Frisco, TX 75034-4076 | CitiMortgage, Inc.<br>PO Box 140609<br>Irving, TX 75014-0609 | Citibank South Dakota NA<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901-6305 |
| City of Frisco<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201-2644 | City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Ste 1600<br>Dallas, Texas 75201-2644 | D. Stewart Clancy<br>Anderson Tobin, PLLC<br>One Galleria Tower<br>13355 Noel Road<br>Suite 1900<br>Dallas, TX 75240-6674 |
| CoServ<br>7701 South Stemmons<br>Corinth, TX 76210-1842 | Jason Coleman<br>c/o Elvin E. Smith III<br>Law Offices of Elvin E. Smith<br>307 Dartbrook<br>Rockwall, TX 75087-5211 | Collin County Tax<br>c/o Gay McCall Isaacks et al<br>777 East 15th Street<br>Plano, TX 75074-5799 |

Colonial Bank
5653 Monterey Dr.
Frisco, TX 75034-4076

Comercia Bank
1717 Masin Street
Dallas, TX 75201-4612

Comerica Bank
1717 Main Street
Dallas, TX 75201-4612

Comerica Bank
c/o Richard G. Dafoe
Vincent Lopez Serafino & Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201-7274

Dallas City Bank
16980 Dallas Parkway
Suite 110
Dallas, TX 75248-1910

Dallas City Bank
Dallas City Bank
c/o The Law Office of George S. Henry
4201 Spring Valley Road
Suite 1102
Dallas, TX 75244-3619

Lev Druker
65 Iroquois Rd.
West Hartford, CT 06117-2112

Frisco ISD Tax
c/o Gay McCall Isaacks et al
777 East 15th Street
Plano, TX 75074-5799

Robert N. Grisham, II
Law Offices of Robert N. Grisham, II
8750 N. Central Expressway
Northpark Central - Suite 1010
Dallas, TX 75231-6436

HVVS Owners Association, Inc.
Association Manager
Hilton Grand Vacations
PO Box 538636
Atlanta, GA 30353-8636

Laurie Spindler Huffman
Linebarger, Goggan, Blair & Sampson
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

E. P. Keiffer
Wright Ginsberg Brusilow PC
Republic Center, Suite 4150
325 North St. Paul Street
Dallas, TX 75201-3801

Kenneth L. Maun
Tax Assessor Collector, Collin County
PO Box 8046
McKinney, TX 75070-8046

Law Offices of Lippe & Associates
600 N. Pear St.
Suite S2460
Dallas, TX 75201-2822

Law Offices of Robert N. Grisham, II
8750 N. Central Expressway
North Park Central, Suite 1010
Dallas, TX 75231-6436

Lev Druker
65 Iroqouis Rd.
West Hartford, CT 06117-2112

I. Richard Levy
PO Box 796935
Dallas, TX 75379-6935

I. Richard Levy
I. Richard Levy, P.C.
5057 Keller Springs Rd.
Suite 600
Dallas, TX 75001-6352

John P Lewis Jr.
1412 Main Street, Suite 210
Dallas, TX 75202-4071

Lewisville Independent School District
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205-4210

Lewisville Independent School District
Law Offices of Robert E. Luna, P.C.
c/o Andrea Sheehan
4411 North Central Expressway
Dallas, Texas 75205-4210

Emil Lippe Jr.
600 N. Pearl St
Suite S2460
Dallas, TX 75201-2822

Emil Lippe Jr.
Lippe & Associates
600 N. Pearl St. Ste. S2460
Dallas, TX 75201-2822

Erin Lovall
Franklin Skierski Lovall Hayward LLP
10501 N. Central Expressway, Suite 106
Dallas, TX 75231-2203

Mitchell Madden
MaddenSewell, LLP
1755 Wittington Place
Suite 300
Dallas, TX 75234-1929

Edward Mandel
5653 Monterey Drive
Frisco, TX 75034-4076

Samuel Mandel
4029 Timberglen Rd.
Dallas, TX 75287

Mastrogiovanni Schorsch & Mersky
2001 Bryan St., Ste. 1250
Dallas, TX 75201-3043

Mastrogiovanni Schorsh & Mersky, P.C.
2001 Bryan Street, Suite 1250
Dallas, Texas 75201-3043

| | | |
|---|---|---|
| Michelle A Mendez<br>Hunton & Williams<br>1445 Ross Avenue<br>Suite 3700<br>Dallas, TX 75202-2755 | NeXplore Corporation<br>2745 N. Dallas Parkway<br>Parkway Centre III, Suite 600<br>Plano, Texas 75093-8731 | Nexplore Corporation<br>c/o Canada Ridley, LLP<br>223 E. College Street<br>Grapevine, TX 76051-5333 |
| Rosa Orenstein<br>Sullivan & Holston<br>4131 N. Central Exp., Ste. 980<br>Dallas, TX 75204-2170 | Rosa R. Orenstein<br>Sullivan & Holston<br>4131 North Central Expressway<br>Suite 980<br>Dallas, TX 75204-2170 | Mark H. Ralston<br>Ciardi Ciardi & Astin<br>2603 Oak Lawn Ave., Suite 230<br>Dallas, TX 75219-4060 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rosa R. Orenstein, Receiver<br>4131 N. Central Expressway<br>Suite 980<br>Dallas, Texas 75204-2170 |
| Davor Rukavina<br>3800 Lincoln Plaza<br>500 North Akard Street<br>Dallas, TX 75201-3302 | Samuel Mandel<br>4019 Timberglen Rd.<br>Dallas, TX 75287-5035 | Andrea Sheehan<br>Law Offices of Robert E. Luna<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 |
| Doug Skierski<br>Franklin Skierski Lovall Hayward LLP<br>10501 N. Central Expy., Suite 106<br>Dallas, TX 75231-2203 | Elvin E. Smith III<br>Law Offices of Elvin E. Smith, III PLLC<br>307 Darbrook<br>Rockwall, TX 75087-5211 | Steven Thrasher<br>c/o MaddenSewell, LLP<br>Four Hickory Centre<br>1755 Wittington Place, Suite 300<br>Dallas, TX 75234-1929 |
| Tarlow Breed Hart & Rodgers, P.C.<br>Attn: Robert Kerwin<br>101 Huntington Ave.<br>Boston MA 02199-7674 | Tarlow, Breed, Hart & Rodger, P.C.<br>101 Huntington Avenue<br>Suite 500<br>Boston, MA 02199-7674 | Time Warner Cable<br>PO Box 650063<br>Dallas, TX 75265-0063 |
| Aaron Z. Tobin<br>Anderson Tobin, PLLC<br>13355 Noel Rd., Suite 1900<br>Dallas, TX 75240-6674 | Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>610 West 5th Street, Suite 602<br>Austin, TX 78701-2872 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Rajkumar Vinnakota<br>901 Main Street Suite 3300<br>Dallas, TX 75202-3710 |
| White Nile Software, Inc.<br>c/o Rosa R. Orenstein, Receiver<br>4131 N. Central Expressway<br>Suite 980<br>Dallas, Texas 75204-2170 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citi Mortgage  
5280 Corporate Drive  
Frederick, MD 21703

Internal Revenue Service  
PO Box 21126  
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express  
P.O. Box 650448  
Dallas, TX 75265-0448

(u)Americare Services, Inc.

(d)Anderson & Jones PLLC  
One Galleria Tower  
13355 Noel Rd Ste. 1900  
Dallas, TX 75240-6674

(u)BAC Home Loans Servicing, LP

(u)Block & Garden, LLP

(d)C. Michael Jones  
c/o Jason Berent  
Berent & Wilson, LP  
7557 Rambler Road, Suite 560  
Dallas, Texas 75231-2375

(d)Canada Ridley, LLP  
223 E. College Street  
Grapevine, TX 76051-5333

(d)Chase Bank  
PO Box 78039  
Phoenix, AZ 85062-8039

(u)CitiMortgage, Inc.

(d)HVVS Owners Association, Inc.  
Association Manager  
Hilton Grand Vacations  
PO Box 538636  
Atlanta, GA 30353-8636

(d)Jason Coleman  
c/o Elvin E. Smith, III  
Law Offices of Elvin E. Smith  
307 Dartbrook  
Rockwall, TX 75087-5211

(d)Mastrogiovanni Schorsch & Mersky  
2001 Bryan St., Ste. 1250  
Dallas, TX 75201-3043

(u)Munsch Hardt Kopf & Harr, P.C.

(u)Positive Software Solutions, Inc.

(d)Rosa Orenstein  
Sullivan & Holston  
4131 N. Central Exp., Ste. 980  
Dallas, TX 75204-2170

(d)Steven Thrasher  
c/o MaddenSewell, LLP  
Four Hickory Centre  
1755 Wittington Place, Suite 300  
Dallas, TX 75234-1929

(u)Zulu Ventures, LLC

End of Label Matrix  
Mailable recipients    84  
Bypassed recipients    17  
Total                 101