```
Label Matrix for local noticing          American Express                         American Express Bank, FSB
0540-4                                   PO Box 650448                            POB 3001
Case 10-40219                            Dallas, TX 75265-0448                    Malvern, PA 19355-0701
Eastern District of Texas
Sherman
Mon Nov  8 15:09:51 CST 2010

American Express Centurion Bank          Anderson & Jones PLLC                    Anderson Tobin, PLLC
POB 3001                                 One Galleria Tower                       c/o Aaron Z. Tobin
Malvern, PA 19355-0701                   13355 Noel Road., Ste. 1900              One Galleria Tower
                                         Dallas, TX 75240-6674                    13355 Noel Rd., Ste. 1900
                                                                                  Dallas, TX 75240-6674


Anderson Tobin, PLLC                     BKD, LLP                                 BKD, LLP
One Galleria Tower                       14241 Dallas Parkway, Ste. 200           14241 Dallas Parkway, Suite 200
13355 Noel Rd., Suite 1900               Dallas, TX 75254-2938                    Dallas, TX 75254-2938
Dallas, TX 75240-6674


Bank of America                          Bank of America                          Bank of America
475 Cross Point Pkwy                     5653 Monterey Drive                      475 Cross Point Pkwy
Getzville, NY 14068-1609                 Frisco, TX 75034-4076                    Getzville, KY 14068-1609


C. Michael Jones                         C. Michael Jones                         CJ Technologies, Inc.
Berent & Wilson, LP                      c/o Jason Berent                         MaddenSewell, LLP
c/o Jason Berent                         Berent & Wilson, LP                      1755 Wittington Place
7557 Rambler Rd., Ste. 560               7557 Rambler Road, Suite 560             Suite 300
Dallas, TX 75231-2375                    Dallas, Texas 75231-2375                 Dallas, TX 75234-1929


William Ralph Canada                     Canada Ridley LLP                        Chase Bank
Canada Ridley LLP                        223 E. College Street                    PO Box 78039
223 E. College Street                    Grapevine, TX 76051-5333                 Phoenix, AZ 85062-8039
Grapevine, TX 76051-5333


Chase Bank USA, N.A.                     Ciardi Ciardi & Astin                    (p)CITIMORTGAGE
PO Box 15145                             2603 Oak Lawn Ave                        5280 CORPORATE DRIVE
Wilmington, DE 19850-5145                Ste. 200                                 BANKRUPTCY DEPARTMENT
                                         Dallas, TX 75219-4060                    ATTENTION MC0023
                                                                                  FREDERICK MD
                                                                                  21703-8351

CitiMortgage                             CitiMortgage, Inc.                       Citibank South Dakota NA
5653 Monterey Drive                      PO Box 140609                            Exception Payment Processing
Frisco, TX 75034-4076                    Irving, TX 75014-0609                    PO Box 6305
                                                                                  The Lakes, NV 88901-6305


City of Frisco                           City of Frisco                           D. Stewart Clancy
Linebarger Goggan Blair & Sampson,LLP    Linebarger Goggan Blair & Sampson, LLP   Anderson Tobin, PLLC
c/o Laurie Spindler Huffman              c/o Laurie Spindler Huffman              One Galleria Tower
2323 Bryan Street                        2323 Bryan Street Ste 1600               13355 Noel Road
Suite 1600                               Dallas, Texas 75201-2644                 Suite 1900
Dallas, TX 75201-2644                                                             Dallas, TX 75240-6674

CoServ                                   Jason Coleman                            Collin County Tax
7701 South Stemmons                      c/o Elvin E. Smith III                   c/o Gay McCall Isaacks et al
Corinth, TX 76210-1842                   Law Offices of Elvin E. Smith            777 East 15th Street
                                         307 Dartbrook                            Plano, TX 75074-5799
                                         Rockwall, TX 75087-5211
```

Colonial Bank
5653 Monterey Dr.
Frisco, TX 75034-4076

Comercia Bank
1717 Masin Street
Dallas, TX 75201-4612

Comerica Bank
1717 Main Street
Dallas, TX 75201-4612

Comerica Bank
c/o Richard G. Dafoe
Vincent Lopez Serafino & Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201-7274

Dallas City Bank
16980 Dallas Parkway
Suite 110
Dallas, TX 75248-1910

Dallas City Bank
Dallas City Bank
c/o The Law Office of George S. Henry
4201 Spring Valley Road
Suite 1102
Dallas, TX 75244-3619

Lev Druker
65 Iroquois Rd.
West Hartford, CT 06117-2112

Frisco ISD Tax
c/o Gay McCall Isaacks et al
777 East 15th Street
Plano, TX 75074-5799

Robert N. Grisham, II
Law Offices of Robert N. Grisham, II
8750 N. Central Expressway
Northpark Central - Suite 1010
Dallas, TX 75231-6436

HVVS Owners Association, Inc.
Association Manager
Hilton Grand Vacations
PO Box 538636
Atlanta, GA 30353-8636

Laurie Spindler Huffman
Linebarger, Goggan, Blair & Sampson
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

E. P. Keiffer
Wright Ginsberg Brusilow PC
Republic Center, Suite 4150
325 North St. Paul Street
Dallas, TX 75201-3801

Kenneth L. Maun
Tax Assessor Collector, Collin County
PO Box 8046
McKinney, TX 75070-8046

Law Offices of Lippe & Associates
600 N. Pear St.
Suite S2460
Dallas, TX 75201-2822

Law Offices of Robert N. Grisham, II
8750 N. Central Expressway
North Park Central, Suite 1010
Dallas, TX 75231-6436

Lev Druker
65 Iroqouis Rd.
West Hartford, CT 06117-2112

I. Richard Levy
PO Box 796935
Dallas, TX 75379-6935

I. Richard Levy
I. Richard Levy, P.C.
5057 Keller Springs Rd.
Suite 600
Dallas, TX 75001-6352

John P Lewis Jr.
1412 Main Street, Suite 210
Dallas, TX 75202-4071

Lewisville Independent School District
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205-4210

Lewisville Independent School District
Law Offices of Robert E. Luna, P.C.
c/o Andrea Sheehan
4411 North Central Expressway
Dallas, Texas 75205-4210

Emil Lippe Jr.
600 N. Pearl St
Suite S2460
Dallas, TX 75201-2822

Emil Lippe Jr.
Lippe & Associates
600 N. Pearl St. Ste. S2460
Dallas, TX 75201-2822

Erin Lovall
Franklin Skierski Lovall Hayward LLP
10501 N. Central Expressway, Suite 106
Dallas, TX 75231-2203

Mitchell Madden
MaddenSewell, LLP
1755 Wittington Place
Suite 300
Dallas, TX 75234-1929

Edward Mandel
5653 Monterey Drive
Frisco, TX 75034-4076

Samuel Mandel
4029 Timberglen Rd.
Dallas, TX 75287

Mastrogiovanni Schorsch & Mersky
2001 Bryan St., Ste. 1250
Dallas, TX 75201-3043

Mastrogiovanni Schorsch & Mersky, P.C.
2001 Bryan Street, Suite 1250
Dallas, Texas 75201-3043

| | | |
|---|---|---|
| Michelle A Mendez<br>Hunton & Williams<br>1445 Ross Avenue<br>Suite 3700<br>Dallas, TX 75202-2755 | NeXplore Corporation<br>2745 N. Dallas Parkway<br>Parkway Centre III, Suite 600<br>Plano, Texas 75093-8731 | Nexplore Corporation<br>c/o Canada Ridley, LLP<br>223 E. College Street<br>Grapevine, TX 76051-5333 |
| Rosa Orenstein<br>Sullivan & Holston<br>4131 N. Central Exp., Ste. 980<br>Dallas, TX 75204-2170 | Rosa R. Orenstein<br>Sullivan & Holston<br>4131 North Central Expressway<br>Suite 980<br>Dallas, TX 75204-2170 | Mark H. Ralston<br>Ciardi Ciardi & Astin<br>2603 Oak Lawn Ave., Suite 230<br>Dallas, TX 75219-4060 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rosa R. Orenstein, Receiver<br>4131 N. Central Expressway<br>Suite 980<br>Dallas, Texas 75204-2170 |
| Davor Rukavina<br>3800 Lincoln Plaza<br>500 North Akard Street<br>Dallas, TX 75201-3302 | Samuel Mandel<br>4019 Timberglen Rd.<br>Dallas, TX 75287-5035 | Andrea Sheehan<br>Law Offices of Robert E. Luna<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 |
| Doug Skierski<br>Franklin Skierski Lovall Hayward LLP<br>10501 N. Central Expy., Suite 106<br>Dallas, TX 75231-2203 | Elvin E. Smith III<br>Law Offices of Elvin E. Smith, III PLLC<br>307 Darbrook<br>Rockwall, TX 75087-5211 | Steven Thrasher<br>c/o MaddenSewell, LLP<br>Four Hickory Centre<br>1755 Wittington Place, Suite 300<br>Dallas, TX 75234-1929 |
| Tarlow Breed Hart & Rodgers, P.C.<br>Attn: Robert Kerwin<br>101 Huntington Ave.<br>Boston MA 02199-7674 | Tarlow, Breed, Hart & Rodger, P.C.<br>101 Huntington Avenue<br>Suite 500<br>Boston, MA 02199-7674 | Time Warner Cable<br>PO Box 650063<br>Dallas, TX 75265-0063 |
| Aaron Z. Tobin<br>Anderson Tobin, PLLC<br>13355 Noel Rd., Suite 1900<br>Dallas, TX 75240-6674 | Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>610 West 5th Street, Suite 602<br>Austin, TX 78701-2872 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Rajkumar Vinnakota<br>901 Main Street Suite 3300<br>Dallas, TX 75202-3710 |
| White Nile Software, Inc.<br>c/o Rosa R. Orenstein, Receiver<br>4131 N. Central Expressway<br>Suite 980<br>Dallas, Texas 75204-2170 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citi Mortgage  
5280 Corporate Drive  
Frederick, MD 21703

Internal Revenue Service  
PO Box 21126  
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express  
P.O. Box 650448  
Dallas, TX 75265-0448

(u)Americare Services, Inc.

(d)Anderson & Jones PLLC  
One Galleria Tower  
13355 Noel Rd Ste. 1900  
Dallas, TX 75240-6674

(u)BAC Home Loans Servicing, LP

(u)Block & Garden, LLP

(d)C. Michael Jones  
c/o Jason Berent  
Berent & Wilson, LP  
7557 Rambler Road, Suite 560  
Dallas, Texas 75231-2375

(d)Canada Ridley, LLP  
223 E. College Street  
Grapevine, TX 76051-5333

(d)Chase Bank  
PO Box 78039  
Phoenix, AZ 85062-8039

(u)CitiMortgage, Inc.

(d)HVVS Owners Association, Inc.  
Association Manager  
Hilton Grand Vacations  
PO Box 538636  
Atlanta, GA 30353-8636

(d)Jason Coleman  
c/o Elvin E. Smith, III  
Law Offices of Elvin E. Smith  
307 Dartbrook  
Rockwall, TX 75087-5211

(d)Mastrogiovanni Schorsch & Mersky  
2001 Bryan St., Ste. 1250  
Dallas, TX 75201-3043

(u)Munsch Hardt Kopf & Harr, P.C.

(u)Positive Software Solutions, Inc.

(d)Rosa Orenstein  
Sullivan & Holston  
4131 N. Central Exp., Ste. 980  
Dallas, TX 75204-2170

(d)Steven Thrasher  
c/o MaddenSewell, LLP  
Four Hickory Centre  
1755 Wittington Place, Suite 300  
Dallas, TX 75234-1929

(u)Zulu Ventures, LLC

End of Label Matrix  
Mailable recipients    84  
Bypassed recipients    17  
Total                 101