"IP" shall mean and refer to: A) all copyrights filed in the name of White Nile including but not limited to Copyright Registration Number PA 1-594-245; B) U.S. Patent Number 7797299; C) US Patent Number 7457802; D) provisional applications 60/696,180, 60/712,191, and 60/750,857 and all conversions and continuations in parts of same; E) Internet Domain names, websites or homepages owned, registered, utilized or contemplated by WN or any of its officers, directors, shareholders, employees, consultants or agents; F) Any and all ideas and concepts involving any further research on, development of, patent prosecution of, dissemination of, marketing of, use of, ideas or concepts involving the following features:

a. Real Time Search Visualization;
b. Taxonomic Modeling of the Internet;
c. Segment Modeling of the Internet;
d. Dynamic Advertising Property Generator;
e. Multiple Tier Relevancy/Quintuple Tier Relevancy;
f. Active html;
g. Targeted advertising via themes or social networking;
h. Delivery of Media Advertising with the search process;
i. The use of Taxonomies in conjunction with segments;
j. Dynamic Taxonomy Placement System and Method depicted in the following SAQQARA documents:

   i. SAQQARA Facing Requirements;
   ii. SAQQARA Index Requirements;
   iii. SAQQARA Result Engine;
   iv. SAQQARA Party X Deliverable Schedule;
   v. SAQQARA Ultra Phase 1A;
   vi. SAQQARA Ultra Phase 1B;
   vii. SAQQARA Components Diagrams;
   viii. SAQQARA Ultra Summary;
   ix. SAQQARA Project Scope and Development Plan; and
   x. SAQQARA Provisional Patents Summary


EXHIBIT A