Doug Skierski
Texas Bar No. 24008046
dskierski@fslhlaw.com
Erin Lovall
Texas Bar No. 24032553
elovall@fslhlaw.com
FRANKLIN SKIERSKI LOVALL HAYWARD LLP
10501 N. Central Expy, Ste. 106
Dallas, Texas  75231
Tel: (972) 755-7100
Fax: (972) 755-7110

CO-GENERAL BANKRUPTCY COUNSEL
 FOR DEBTOR EDWARD MANDEL

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In re:** | |
| **EDWARD MANDEL,** | **Chapter 11** |
| xxx-xx-0657 | |
| **5653 Monterey Drive** | **Case No. 10-40219** |
| **Frisco, Texas 75034** | |
| **Debtor.** | |

## CERTIFICATE OF NO OBJECTION

On November 8, 2010, Franklin Skierski Lovall Hayward, LLP ("FSLH") filed its Application for Allowance of Fees and Reimbursement of Expenses from March 17, 2010 through September 30, 2010 (the "Application") as co-counsel for debtor and debtor-in-possession Edward Mandel.  The negative notice language in the Application provided that if no responses were filed within twenty one (21) days of the date of service, the Court could enter an order granting the relief sought.  The deadline to respond to the Application was November 29, 2010.  The Court's docket reflects that no responses to the Application were filed.  Additionally, no responses to the Application have been received by undersigned counsel.

Dated:  January 3, 2011

Respectfully submitted,

FRANKLIN SKIERSKI LOVALL HAYWARD, LLP


By: *Doug Skierski*
    Doug Skierski
    State Bar No. 24008046
    dskierski@fslhlaw.com
    Erin K. Lovall
    State Bar No. 24032553
    elovall@fslhlaw.com

10501 N. Central Expy., Suite 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

CO-COUNSEL FOR DEBTOR-IN-POSSESSION EDWARD MANDEL