

02/16/2011

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDWARD MANDEL | § | CASE NO. 10-40219 |
| xxx-xx-0657 | § | Chapter 11 |
| 5653 Monterey Dr. | § | |
| Frisco, Texas 75034 | § | |
| DEBTOR. | § | |
| | § | |

## ORDER GRANTING APPLICATION OF DEBTOR TO
## AMENDED EMPLOYMENT ORDER OF SPECIAL LITIGATION COUNSEL
## PURSUANT TO 11 U.S.C. §327 AND RULE 2014(b)

CAME BEFORE THE COURT the *Application of the Debtor to Amend the Employment Order for Special Litigation Counsel Pursuant to 11 U.S.C. §327 and Rule 2014(b) ("Application to Amend")*. The Application to Amend has been properly noticed under Local Rule 9014, and no objection to the Application has been timely filed. It is therefore:

ORDERED that the Application to Amend is GRANTED; it is further

ORDERED that the firm of Block & Garden, LLP ("BGllp") is confirmed as the special litigation counsel for the Debtor; that Mr. Levy's becoming a member of that firm as of January 1, 2011 is duly noted; and that his continued employment as special litigation counsel through BGllp is necessary, in the best interests of the estate and appropriate under Fed. R. Bankr. P. 2014(b); it is further

ORDERED that prior to January 1, 2011, the firms of BGllp and IRLpc will seek allowance of compensation and expense reimbursement as Special Counsel by way of interim fee applications made separately/separably by firm, and that for compensation

or expense reimbursement for any period from January 1, 2011 forward, only BGllp need make such application; it is further

ORDERED except as otherwise set forth herein or in order to effectuate the relief granted thereby, the Employment Order remains in full force and effect.

Signed on 02/16/2011

_____ SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE