**Cash Filers**

Monthly Operating Report

**CASH BASIS**

CASE NAME: EDWARD Mandel

CASE NUMBER: 10-40219

02/13/95, RWD, 3/96 & 7/99

JUDGE: Hon. Brenda Rhoades

## UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

### MONTHLY OPERATING REPORT

MONTH ENDING: January, 2011

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____                          GEOF
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY                   TITLE

Edward Mandel                                            2-19-11
PRINTED NAME OF RESPONSIBLE PARTY                         DATE

PREPARER:

_____                          SELF
ORIGINAL SIGNATURE OF PREPARER                           TITLE

Edward Mandell                                          2-19-11
PRINTED NAME OF PREPARER                                  DATE

**Cash Fllors**

Monthly Operating Report

**CASH BASIS-1**

02/13/92, RWD, 2/06 & 7/99

**CASE NAME:** EDWARD Mandel

**CASE NUMBER:** 10-40219

| | Jan 11 | | | |
|---|---|---|---|---|
| 1.  CASH - BEGINNING OF MONTH | 428,204.96 | $0 | $0 | $0 |
| 2.  CASH SALES | | | | |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS & ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | |
| 6.  LEASE & RENTAL INCOME | 11,500.00 | | | |
| 7.  WAGES | 25,084.84 | | | |
| 8.  OTHER (ATTACH LIST) | | | | |
| 9.  TOTAL RECEIPTS | 36,584.84 | $0 | $0 | $0 |
| 10.  NET PAYROLL | | | | |
| 11.  PAYROLL TAXES PAID | | | | |
| 12.  SALES, USE & OTHER TAXES PAID | | | | |
| 13.  INVENTORY PURCHASES | | | | |
| 14.  MORTGAGE PAYMENTS | 10,212.24 | | | |
| 15.  OTHER SECURED NOTE PAYMENTS | - | | | |
| 16.  RENTAL & LEASE PAYMENTS | | | | |
| 17.  UTILITIES | 1,830.12 | | | |
| 18.  INSURANCE | 258.44 | | | |
| 19.  VEHICLE EXPENSES | 643.36 | | | |
| 20.  TRAVEL | | | | |
| 21.  ENTERTAINMENT | | | | |
| 22.  REPAIRS & MAINTENANCE | | | | |
| 23.  SUPPLIES | 1,036.71 | | | |
| 24.  ADVERTISING | | | | |
| 25.  HOUSEHOLD EXPENSES | 1,926.81 | | | |
| 26.  CHARITABLE CONTRIBUTIONS | 125.00 | | | |
| 27.  GIFTS | | | | |
| 28.  OTHER (ATTACH LIST) | 76,146.75 | | | |
| 29.  TOTAL ORDINARY DISBURSEMENTS | 92,179.43 | $0 | $0 | $0 |
| 30.  PROFESSIONAL FEES | | | | |
| 31.  U.S. TRUSTEE FEES | 1,625.00 | | | |
| 32.  OTHER (ATTACH LIST) | | | | |
| 33.  TOTAL REORGANIZATION EXPENSES | 1,625.00 | $0 | $0 | $0 |
| 34.  TOTAL DISBURSEMENTS | 93,804.43 | $0 | $0 | $0 |
| 35.  NET CASH FLOW | 277,840.38 | $0 | $0 | $0 |
| 36.  CASH - END OF MONTH | 371,644.81 | $0 | $0 | $0 |

page 1

Cash Filers
Monthly Operating Report
**CASH BASIS-1A**

02/13/95, RWD, 2/96 & 7/99

**CASE NAME:** EDWARD MANDEL

**CASE NUMBER:** 40-214

**MONTH:** January 2011

| | | Payee | Description | Amount |
|---|---|---|---|---|
| 1-5 | | Wal-Mart | supplies | 50.00 |
| 1-5 | | gas | gas | 70.00 |
| 1-6 | | Wal-mart | supplies | 60.00 |
| 1-8 | | Target | supplies | 35.00 |
| 1-9 | | gas | gas | 70.00 |
| 1-12 | | Wal Mart | supplies | 37.00 |
| | | | | OVER => |

| No. | Date | Payee | Description | Amount |
|---|---|---|---|---|
| 1126 | 1/5 | Eldia Selva | maintenance | 200.00 |
| 1127 | 1/10 | Mandaby Villas | construction fees | 16,630.00 |
| 1128 | 1/15 | Calderon Pool | maintenance | 100.00 |
| 1129 | 1/15 | City of Frisco | water, garbage | 114.60 |
| 1130 | 1/15 | Super Best Control | maintenance | 133.81 |
| 1131 | 1/15 | Coserv | electrical, gas | 763.00 |
| 1132 | 1/15 | Idaho's lawn svs | maintenance | 200.00 |
| 1133 | 1/15 | City of Frisco | water, garbage | 269.63 |
| 1134 | 1/16 | Bank of America | mortgage | 4,379.95 |
| 1135 | 1/16 | Bank of America | mortgage | 5,832.89 |
| 1137 | 1/17 | Starwood HOA | HOA dues | 542.53 |
| 1138 | 1/15 | The Lakes HOA | HOA dues | 660.00 |
| 1139 | 1/15 | The Lake HOA | HOA dues | 660.00 |
| 1140 | 1/19 | Claudia Selva | maintenance | 200.00 |
| 1151 | 1/20 | HWTS owner assn. | HWC annual mont | 1,408.02 |
| 1152 | 1/21 | US Trustee | trustee fees | 1,625.00 |
| 1153 | 1/21 | Cacil & | cash | 400.00 |
| — | 1/2 | PNY Sonidata | insurance | 62.22 |
| — | 1/4 | Diploma HOA | HOA fees/maint | 6,238.70 |
| — | 1/2 | mobleke | insurance | 102.66 |
| — | 1/18 | Paul Revere | insurance | 93.61 |
| — | 1/19 | Dish network | cable TV | 197.63 |
| — | 1/20 | FPL Power | electrical | 164.64 |
| — | 1/27 | PP legal | membership | 40.50 |
| — | 1/19 | Time Warner Cable | phone, internet | 172.31 |
| 1054 | 1/5 | cash | camp | 200.00 |
| 1055 | 1/5 | Frisco stars | child camp | 40.00 |
| 1056 | 1/15 | Susan Komen | donation | 50.00 |
| 1057 | 1/15 | Lehkunia Fund | donation | 25.00 |
| 1058 | 1/18 | Positive Proof | child photo | 47.00 |
| | | | | OVER => |

Spouse account

X cash not included in totals

page 2

**Cash Filers**
Monthly Operating Report
**CASH BASIS-1A**

02/13/95, RWO, 2/96 & 7/99

CASE NAME: Edward Mandel

CASE NUMBER: 10 - 40219

CASH DISBURSEMENTS OF T CO

MONTH: January 2011

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
| 1-14 | Wal-Mart | Groceries | 50.00 |
| 1-18 | gas | gas | 70.00 |
| 1-20 | Walmark | Supplies | 30.00 |
| 1-22 | gas | gas | 70.00 |
| 1-23 | 18 V pct | Supplies | 20.00 |
| 1-25 | Target | Supplies | 45.00 |
| TOTAL CASH DISBURSEMENTS | | | OVER → |

### BANK ACCOUNT DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 1061 | 1-28 | Cash | Cash | 100.00 |
| 1062 | 1-29 | Ryan k Piano | child classes | 140.00 |
| 1063 | 1-29 | Children Cancer fund | donations | 25.00 |
| 1064 | 1-31 | St Children Hospital | donations | 25.00 |
| | 1-5 | FaceLogic | membership mail | 69.00 |
| | 1-6 | KROGER | Groceries | 15.46 |
| | 1-7 | Sheenas dance | child classes | 100.00 |
| | 1-10 | Justice | Child clothes | 34.07 |
| | 1-10 | nita | tolls | 40.00 |
| | 1-10 | KROGER | groceries | 61.32 |
| | 1-11 | School meals | Meals | 20.00 |
| | 1-12 | Kroger | groceries | 86.73 |
| | 1-12 | Kroger | groceries | 790 |
| | 1-12 | Kroger | prescriptions | 73.36 |
| | 1-12 | Sonic | meals | 9.71 |
| | 1-13 | Kroger | groceries | 45.28 |
| | 1-14 | Taylor | maintenance | 49.80 |
| | 1-14 | Lillian Vornem | School supplies | 29.22 |
| | 1-14 | US Plastics | School supplies | 16.65 |
| | 1-14 | Subway | meals | 7.45 |
| | 1-18 | Ambit | electrical ~ | 99.98 |
| | 1-18 | Subway | meals | 12.11 |
| | 1-18 | Macys | supplies newtyed | 75.76 |
| | 1-18 | Kash | groceries | 69.33 |
| | 1-18 | nita | tolls | 40.00 |
| | 1-18 | Gymboree | Children clothes | 36.36 |
| | 1-19 | Kroger | prescription | 4.99 |
| | 1-19 | Kroger | groceries | 154.48 |
| | 1-19 | Sprouts | groceries | 2222 |
| | 1-19 | Hobby Lobby | school supplies | 25.25 |
| TOTAL BANK ACCOUNT DISBURSEMENTS | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH | OVER → |
|---|---|

page 3

Cash Flora

Monthly Operating Report
**CASH BASIS-1A**

02/13/95, RWD, 2/96  & 7/99

**CASE NAME:** Edward Mandel

**CASE NUMBER:** 10-40219

CASH DISBURSEMENTS DETAIL

**MONTH:** January 2011

### CASH DISBURSEMENTS

| | | | |
|---|---|---|---|
| 1-24 | Gas | Gas | 65.00 |
| 1-30 | Wal-Mart | Groceries | 35.00 |
| 1-30 | Gas | Gas | 65.00 |
| | | | |
| | | | |
| | | | |

TOTAL CASH DISBURSEMENTS    782.00

### BANK ACCOUNT DISBURSEMENTS

| | | | |
|---|---|---|---|
| — | 1-20 | carters | children clothes | 78.29 |
| — | 1-20 | City of Frisco | utilities, garbage | 48.43 |
| — | 1-21 | 800 Contacts | supplies | 327.92 |
| — | 1-21 | Kroger | groceries | 49.53 |
| — | 1-21 | kids meals | meals | 10.00 |
| — | 1-25 | nttc | tolls | 40.00 |
| — | 1-26 | Sentian | child music | 320.00 |
| — | 1-26 | Pediatrics | urgent care | 50.00 |
| — | 1-26 | depliex | child nursec | 50.00 |
| — | 1-26 | Target | groceries/supplies | 167.15 |
| — | 1-26 | Kroger | groceries | 81.19 |
| — | 1-26 | Sonic | Meals | 15.43 |
| — | 1-26 | Kroger | supplies | 7.19 |
| — | 1-26 | Dr Sherrod | co-payment | 50.00 |
| — | 1-31 | Blood Lead Registry | Child abuse reg | 95.00 |
| — | 1-31 | nttc | tolls | 40.00 |
| — | 1-31 | Kroger | groceries | 99.68 |
| — | 1-31 | acute kidz | Urgent Care | 75.00 |
| — | 1-31 | child school meals | meals | 20.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL BANK ACCOUNT DISBURSEMENTS    97,397.43

TOTAL DISBURSEMENTS FOR THE MONTH    92,179.43

#28 OTHER!

January 2011

| | | | |
|---|---|---|---|
| 1/11 | Starwood HOA Fees | $542.53 | HOA Fees |
| 1/10 | Mandalay Villas | $65,630.00 | construction fee to fix leak per court order |
| 1/15 | The Lakes HOA 6/mo. | $660.00 $660.00 | HOA fees 6/mo |
| 1/20 | Hvvs Owners Assn | $1,408.02 | HOA & Taxes Annual |
| 1/4 | Diplomat HOA | $6,238.70 | HOA Dues Quaterly |
| 1/5 | Frisco Stars | $40.00 | childcare |
| 1/18 | Positive Proof | $47.00 | Child photos |
| 1/29 | Baya K Piano | $140.00 | child classes |
| 1/7 | Sheenas Dance | $100.00 | Chuld classes |
| 1/20 | Septien Group | $320.00 50.00 | chuld classes |
| 1/26 | Pediatric Assn. | $50.00 | (2) Doctor copay (children) |
| 1/27 | PP legal | $40.50 | legal membership |
| 1/26 | Dr. Peter Sherrod | $50.00 | co-pay (child doctor) |
| 1/31 | Blood Cord Registry | $95.00 | child membership annual |
| 1/31 | acute Urgent care | $7500 | co-pay (child) |

Total Other

$ 76,146.75

| | | | **Cash Filers** |
|---|---|---|---|
| | | | Monthly Operating Report |
| **CASE NAME:** | Edward Mandel | | **CASH BASIS-2** |
| **CASE NUMBER:** | 10-40219 | | 02/1.595, RWD, 2/96 & 7/99 |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

**MONTH:** January 2011

| | **BANK RECONCILIATIONS** | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: | Chase | PBST(proto) | | |
| B. | ACCOUNT NUMBER: | 815967738 | 8042768V | | **TOTAL** |
| C. | PURPOSE (TYPE): | Checking | checking | | |
| 1. | BALANCE PER BANK STATEMENT | 408,114.46 | 19,891.30 | | 428,115.96 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| 3. | SUBTRACT: OUTSTANDING CHECKS | | | | |
| 4. | OTHER RECONCILING ITEMS | | | | |
| 5. | MONTH END BALANCE PER BOOKS | 349,411.60 | 22,016.21 | | $0 371,427.81 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 1153 | 1064 | | |

*x as of statement date 2/16/2011*

| **INVESTMENT ACCOUNTS** | | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|---|
| | BANK / ACCOUNT NAME / NUMBER | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| | | | | | $0 |

| **CASH** | | | |
|---|---|---|---|
| **PETTY CASH / CASH ON HAND** | | | 217.00 |
| | | | 371,644.81 |

**Cash Filers**

Monthly Operating Report

**CASH BASIS-3**

02/13/95, RWD, 2/96 & 7/99

| CASE NAME: | EDWARD Mandel |
|---|---|

| CASE NUMBER: | 10-40219 |
|---|---|

**ASSETS OF THE ESTATE**

**SCHEDULE "A" REAL PROPERTY**

| | | SCHEDULE VALUE | MONTH Jan 2011 | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | OTHER (ATTACH LIST) ✱ | | | | |
| 5. | TOTAL REAL PROPERTY ASSETS | 4,990,000 | 4,990,000 | $0 | $0 |

**SCHEDULE "B" PERSONAL PROPERTY**

| | | | | | |
|---|---|---|---|---|---|
| 1. | CASH ON HAND | 1100.00 | 217.00 | | |
| 2. | CHECKING, SAVINGS, ETC. | 14,671 | 371,422.81 | | |
| 3. | SECURITY DEPOSITS | | | | |
| 4. | HOUSEHOLD GOODS | 15,000 | 15,000 | | |
| 5. | BOOKS, PICTURES, ART | 1,000 | 1,000 | | |
| 6. | WEARING APPAREL | 1,000 | 1,000 | | |
| 7. | FURS AND JEWELRY | 30,000 | 30,000 | | |
| 8. | FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. | INSURANCE POLICIES | 190,000 | 190,000 | | |
| 10. | ANNUITIES | 9,420 | 9,420 | | |
| 11. | RETIREMENT & PROFIT SHARING | 34,745 | 37,122 | | |
| 12. | STOCKS | See notes | See notes | | |
| 13. | PARTNERSHIPS & JOINT VENTURES | See notes | See notes | | |
| 14. | GOVERNMENT & CORPORATE BONDS | | | | |
| 15. | ACCOUNTS RECEIVABLE | | | | |
| 16. | ALIMONY | | | | |
| 17. | OTHER LIQUIDATED DEBTS | | | | |
| 18. | EQUITABLE INTERESTS | | | | |
| 19. | CONTINGENT INTERESTS | | | | |
| 20. | OTHER CLAIMS | | | | |
| 21. | PATENTS & COPYRIGHTS | | | | |
| 22. | LICENSES & FRANCHISES | | | | |
| 23. | AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 24. | BOATS & MOTORS | | | | |
| 25. | AIRCRAFT | | | | |
| 26. | OFFICE EQUIPMENT | 100 | 100 | | |
| 27. | MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 28. | INVENTORY | | | | |
| 29. | ANIMALS | | | | |
| 30. | CROPS | | | | |
| 31. | FARMING EQUIPMENT | | | | |
| 32. | FARM SUPPLIES | | | | |
| 33. | OTHER (ATTACH LIST) ✱ | 12,000 | 12,000 | | |
| 34. | TOTAL PERSONAL PROPERTY ASSETS | 308,336 | 667,286.81 | $0 | $0 |
| 35. | TOTAL ASSETS | 5,298,336 | 5,675,268 | $0 | $0 |

* DATE AMENDED _____

✱judgement entered against Cuong Nguyen

B6A (Official Form 6A) (12/07)

✳✳✳4

In re    **Edward Mandel**
_____
                        Debtor                              Case No.   **10-40219**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable
for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "
W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Cl. |
|---|---|---|---|---|
| House- Homestead Property<br>5653 Monterey Dr.<br>Frisco, TX 75034 | Homestead | C | 2,200,000.00 | 1,890,0( |
| House<br>5503 StoneCanyon Dr.<br>Frisco, TX 75034 | Fee simple | C | 1,200,000.00 | 950,0( |
| House<br>4939 Normandy Dr.<br>Frisco, TX 75034 | Fee simple | C | 700,000.00 | 726,5( |
| Condo<br>3535 Ocean Dr., 706<br>Hollywood, FL 33019 | Fee simple | C | 700,000.00 | 800,00 |
| Lot<br>5080 Longvue Drive<br>Frisco, TX | Fee simple | C | 150,000.00 | 35,00 |
| Timeshare condominium at Hilton Hawaiian Village Vacation Suites, Kalia, Waikiki, Honolulu, Hawaii | Fractional interest as tenant in common | C | 40,000.00 | |

|  | Sub-Total > | 4,990,000.00 | (Total of this p |
|---|---|---|---|
|  | Total > | 4,990,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankrupto

**Cash Filers**

Monthly Operating Report

**CASH BASIS-4**

| CASE NAME: | Eduarda Mandel |
| --- | --- |

| CASE NUMBER: | 10-40219 |

02/13/95, RWD, 2/96 & 7/99

MONTH: Jan 2011

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
| --- | --- | --- |
| 1. SECURED | 5,880,380 | 10,212,34 |
| 2. PRIORITY | | |
| 3. UNSECURED | 422,422 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | 6,302,893 | 10,212,24 |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
| --- | --- | --- | --- | --- |
| 1. FEDERAL INCOME TAXES | 10/15/10 | 88,637.00 | 10/15/10 | 88,68700 |
| 2. FICA / MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | 88,637.00 | | 88,637.00 |
| OTHER POSTPETITION LIABILITIES | | | | |
| 7. City of Frisco | 1/1 | 114.60 | 1/30 | 0 |
| 8. CoServ | 1/1 | 763.00 | 1/30 | 0 |
| 9. City of Frisco | 1/1 | 269.63 | 1/20 | 0 |
| 10. EPI | 1/1 | 11.4.54 | 1/30 | 0 |
| 11. Time Warner | 1/1 | 172.31 | 1/20 | 0 |
| 12. Dish Network | 1/1 | 197.63 | 1/30 | 0 |
| 13. Ambit | 1/1 | 99.98 | 1/30 | 0 |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL, ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | 1,781.69 | | 0 |
| 31. TOTAL POSTPETITION LIABILITIES | | 90,468.69 | | 88,687.00 |



**Cash Filers**
**Monthly Operating Report**

**CASE NAME:** Edward Mandel

**CASE NUMBER:** 10-402.19

**CASH BASIS-4A**

02/13/95, RWD, 2/96 & 7/09

| ACCOUNTS RECEIVABLE AGING | AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0-30 | | | | |
| 2. 31-60 | | | | |
| 3. 61-90 | | | | |
| 4. 91+ | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $0 | $0 | $0 | $0 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $0 | $0 | $0 | $0 |

**AGING OF POSTPETITION TAXES AND PAYABLES**    MONTH: Jan 2011

| | | | | |
|---|---|---|---|---|
| 1. FEDERAL | | | 88,687.00 | |
| 2. STATE | | | | |
| 3. LOCAL | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL TAXES PAYABLE | $0 | $0 | $0 88687.00 | $0 |
| 6. ACCOUNTS PAYABLE | | | | |

**STATUS OF POSTPETITION TAXES**    MONTH: Jan 2011

| | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING** | | | | |
| 2. FICA-EMPLOYEE** | | | | |
| 3. FICA-EMPLOYER** | | | | |
| 4. UNEMPLOYMENT | | | | |
| 5. INCOME | 88687.00 | | | 88,687.00 |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | 88687.00 | $0 | $0 | 88,687.00 |
| 8. WITHHOLDING | | | | |
| 9. SALES | | | | |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | | | | |
| 13. PERSONAL PROPERTY | | | | |
| 14. OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE & LOCAL | $0 | $0 | $0 | $0 |
| 16. TOTAL TAXES | $0 | $0 | $0 | $0 |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

**Cash Filers**

Monthly Operating Report

**CASH BASIS-5**

| CASE NAME: | EDWARD mandel |
|---|---|

| CASE NUMBER: | 10-40219 |
|---|---|

02/13/95. RWD. 2/96

MONTH: January 2011

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | 30 | $0 |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZ PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | & UNPAID * |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | $0 | $0 | $0 | $0 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. Bank of America | 0 | 5,832.29 | 986,881.00 |
| 2. Bank of America | 0 | 0 | 857,795.00 |
| 3. Bank of America | 0 | 4,379.95 | 719,522.00 |
| 4. Citi mortgage | 0 | 0 | 1,802,630.00 |
| 5. BB&T | 0 | 0 | 32,000.00 |
| 6. TOTAL | $0 | 10,212.24 | 4,398,828.00 |

Cash Filers

Monthly Operating Report

CASH BASIS-6

CASE NAME: EDWARD mande

CASE NUMBER: 10-40919

02/13/95, RWD. 2/96 & 2/00

MONTH January 2011

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | ✓ | |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | ✓ | |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

See notes

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ | |
| 3. | PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Whole life | MassMutual | life | 3,008/mo |
| Flex life | Metlife | | 103.18/mo |
| Cancer | Mutual & Omom | gen & life | 108.92/mo |
| disability | Paul Revere | disability | 948.60/mon |
| umbrella | Chubb | umbrella | 56/mo |

Notes (January 2011 MOR):

- All income and assets include the income and assets of Irene Mandel, the Debtor's spouse. Inclusion of such income and assets is not intended to constitute an admission that all or any portion of Mrs. Mandel's assets are property of the Debtor's estate.

- The Debtor (with his spouse) has interests in various corporations and partnerships. The value of those interests, however, are not readily determinable.

- Cash Basis 6 Form, Question 2: The Debtor's spouse continues to maintain a checking account for deposit of her income and for the payment of household expenses, all of which are reflected in this Monthly Operating Report (the "MOR").

- Cash Basis 6 Form, Question 4: In accordance with order of the Bankruptcy Court, the Debtor has made post petition mortgage payments on certain real property holdings from rents generated by those holdings.

- **This MOR was prepared by the Debtor to the best of his ability, but was prepared without the assistance of an accountant. The Debtor has just recently hired an accountant with the Court's approval and reserves all rights to amend the MOR upon accountant's review. Furthermore, the Debtor intends to have this accounting professional to assist in the preparation of future monthly operating reports.**