UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDWARD MANDEL | § | CASE NO. 10-40219 |
| | § | Chapter 11 |
| Debor | § | |

ORDER ON THE AGREED EMERGENCY MOTION FOR EXTENSION
OF THE COURT'S DEADLINE FOR SUBMISSION OF CLOSING BRIEFS, REPLY BRIEFS AND
FINDINGS OF FACT AND CONCLUSIONS OF LAW AND AGREED
<u>MOTION FOR EXPEDITED CONSIDERATION OF SAME</u>

Having considered the Agreed Emergency Motion for Extension of the Court's Deadline for Submission of Closing Briefs, Reply Briefs and Findings of Fact and Conclusions of Law and the Agreed Motion for Expedited Consideration of Same of Steven Thrasher, Individually and derivatively on behalf of White Nile Software, Inc., and Jason Coleman, Individually, and as creditors and counter-plaintiffs and third-party plaintiffs in the Adversary proceeding, and having considered the evidence and arguments of counsel, it is hereby ORDERED that the date for the submission of closing briefs is extended to March 21, 2011, and the date for the filing of reply briefs and Findings of Fact and Conclusions of Law is extended to March 28, 2011.

SO ORDERED.

Date: March 10, 2011

Signed on 03/10/2011

_Brenda T. Rhoades_  SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE